UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF RHODE ISLAND

**APPEARANCE**

UNITED STATES OF AMERICA :

Vs. : Case Number: 04 CR 105-01S

JAMES D. BARR :

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Lenin Gutierrez.

I certify that I am admitted in this Court.

February 8, 2008
Date

_/s/ Steven D. DiLibero, Esquire______
Signature

Steven D. DiLibero #4678
Print Name Bar Number

130 Dorrance Street_________________
Address

Providence, Rhode Island 02903______
City State Zip

_401-621-9700______________________
Phone Number

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

__/s/ Steven D. DiLibero, Esquire ____

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF RHODE ISLAND

**APPEARANCE**

UNITED STATES OF AMERICA :

Vs. : Case Number: 04 CR 105-01S

JAMES D. BARR :

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Lenin Gutierrez.

I certify that I am admitted in this Court.

February 8, 2008
Date

_/s/ Steven D. DiLibero, Esquire______
Signature

Steven D. DiLibero #4678
Print Name Bar Number

130 Dorrance Street_________________
Address

Providence, Rhode Island 02903______
City State Zip

_401-621-9700______________________
Phone Number

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

__/s/ Steven D. DiLibero, Esquire ____